IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

NUSTAR PIPELINE OPERATING
PARTNERSHIP, L.P.                                                                           PLAINTIFF

v.                                            Case No. 1:22-cv-1022

ARKANSAS GRAVEL COMPANY                                                       DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Remand. ECF No. 6. Plaintiff has filed a response in support of remand. ECF No. 8. This case was removed to this Court based on diversity jurisdiction. However, the parties now agree that this case should be remanded to state court. Upon consideration, the Court finds that the Motion to Remand (ECF No. 6) should be and hereby is **GRANTED**. The Clerk is directed to immediately remand this case to the Circuit Court of Calhoun County, Arkansas.

**IT IS SO ORDERED**, this 3rd day of May, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge